**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No.  08-cr-00048-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.     SCOTT PENDLEBURY,

       Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a probation violation hearing regarding Defendant Pendlebury is set **Thursday, July 7, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  June 3, 2011