# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No.  08-cr-00048-LTB

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.    SCOTT PENDLEBURY,

        Defendant.

_____

# MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that a probation violation hearing regarding Defendant Pendlebury is set **Wednesday, October 19, 2011 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.

Dated:  October 4, 2011
_____